Homestate Asset Mgt., LLC v U.S. Bank N.A. (2026 NY Slip Op 01684)

Homestate Asset Mgt., LLC v U.S. Bank N.A.

2026 NY Slip Op 01684

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, SMITH, NOWAK, AND DELCONTE, JJ.

245 CA 25-00960

[*1]HOMESTATE ASSET MANAGEMENT, LLC, PLAINTIFF-RESPONDENT,
vU.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR REGISTERED HOLDINGS OF BANK OF AMERICA MERRILL LYNCH COMMERCIAL MORTGAGE, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2016-KX02, DEFENDANT, AND ARBOR AGENCY LENDING, LLC, DEFENDANT-APPELLANT. 

WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN LLP, UNIONDALE (JEFFREY A. MILLER OF COUNSEL), FOR DEFENDANT-APPELLANT. 
BYRNE, COSTELLO & PICKARD, P.C., SYRACUSE (JORDAN R. PAVLUS OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered May 7, 2025. The order denied the motion of defendant Arbor Agency Lending, LLC, to dismiss the complaint against it. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court